JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANDREWS, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE PROCTER & GAMBLE COMPANY, and DOES 1-10 Inclusive, <br> Defendants. | Case No. 5:19-cv-00075-AG-SHK <br><br> **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Notice of Plaintiff this matter is dismissed with prejudice as to his individual claims and without prejudice as to the putative Class claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 8th day of August, 2019.

_____
The Honorable Andrew Guilford